**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (Bar No. 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 384-6600
Facsimile: (714) 384-6601
eaguilera@aguileragroup.com
rbrown@aguilergroup.com

Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARTIS SPECIALTY INSRUANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; TRANSPORTATION INSURANCE COMPANY, an Illinois corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD; an Illinois corporation; CNA INSURANCE COMPANIES, a Delaware corporation; VALLEY INSURANCE COMPANY, a Delaware corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; GENERAL ACCIDENT INSURANCE COMPANY, a Pennsylvania corporation; ONEBEACON INSURANCE COMPANY, a Pennsylvania corporation; UNDERWRITERS INSURANCE COMPANY, a Nebraska corporation; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 3:12-cv-04266-RS<br><br>**ORDER RE DISMISSAL OF DEFENDANT UNDERWRITERS INSURANCE COMPANY** |

Pursuant to notice of Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant UNDERWRITERS INSURANCE COMPANY only may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated: October _5_, 2012         _____
                                 Hon. Richard Seeborg
                                 Judge of the District Court