**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (Bar No. 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 384-6600
Facsimile: (714) 384-6601
eaguilera@aguileragroup.com
rbrown@aguilergroup.com

Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; et al.,<br><br>Defendants. | Case No. 3:12-cv-04266-JST<br>Hon. Jon S. Tigar<br>Mag. Laurel Beeler<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUT-OFF, EXPERT DISCLOSURES AND EXPERT REBUTTAL DISCLOSURES**<br><br>Complaint filed:  August 13, 2012<br>Trial date:  March 10, 2014 |

　　　WHEREAS the parties have scheduled a mediation with mediator Jerry Spolter of JAMS in San Francisco to take place on June 28, 2013;

　　　WHEREAS the Court in this matter, on May 28, 2013, issued an Order setting the fact discovery cut-off for July 19, 2013;

　　　WHEREAS the Court's Order of May 28, 2013, also set the expert disclosure date for July 26, 2013, and the expert rebuttal date for August 30, 2013;

　　　WHERAS, Local Rule 6-2 dictates that the parties may file a stipulation to change the time of an event already fixed by Court order;

　　　WHEREAS given the parties intent to mediate on June 28, 2013, and corresponding desire not to engage in unnecessary deposition scheduling and preparation or expert consultation prior to

mediation, the parties desire to extend the fact discovery cut-off, expert disclosure and rebuttal expert disclosure, each for a period of approximately 40 days;

WHEREAS such an extension will not affect the schedule for the case, as all other dates will remain as set: the dispositive motion filing deadline of November 2, 2013; the expert discovery cut-off of November 15, 2013; the pre-trial statement due date of February 18, 2014, the pre-trial conference of February 28, 2014, and the trial of March 10, 2014;

IT IS HEREBY STIPULATED TO AND AGREED that the fact discovery cut-off shall be continued from July 19, 2013, to August 30, 2013; the expert disclosure date shall be continued from July 26, 2013, to September 6, 2013; and the expert rebuttal disclosure date shall be continued from August 30, 2013, to October 11, 2013.

Dated: June 11, 2013                **THE AGUILERA LAW GROUP, APLC**

*/s/ Scott La Salle*
Scott La Salle, Esq.
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: June 11, 2013                **TRENK, DIPASQUALE, DELLA FERA & SODONO, P.C.**

*/s/ Thomas Holden*
Thomas Holden, Esq.
Attorneys for Defendants CHARTIS SPECIALTY INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY

Dated: June 13, 2013                **ERICKSEN ARBUTHNOT**

*/s/ Andrew P. Sclar*
Andrew P. Sclar, Esq.
Attorneys for Defendant VALLEY INSURANCE COMPANY

Dated:  June 11, 2013

**COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS**


_____*/s/ Robert C. Christensen*_____
Robert C. Christensen, Esq.
Attorneys for Defendants CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (successor by merger to TRANSCONTINENTAL INSURANCE COMPANY) and TRANSPORTATION INSURANCE COMPANY

## **ORDER**

Pursuant to stipulation of the parties and good cause existing therefore,

**IT IS HEREBY ORDERED** that:

1)  the fact discovery cut-off shall be continued from July 19, 2013, to August 30, 2013;

2)   the expert disclosure date shall be continued from July 26, 2013, to September 6, 2013; and

3)   the expert rebuttal disclosure date shall be continued from August 30, 2013, to October 11, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  June 14, 2013

_____
Hon. Jon S. Tigar
United States District Judge

3

3:12-cv-04266-JST
STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY COMPLETION AND EXPERT DISCLOSURE DATES