**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (Bar No. 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 384-6600
Facsimile: (714) 384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>CHARTIS SPECIALTY INSRUANCE COMPANY fka AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; et al.,<br><br>Defendants. | Case No. 3:12-cv-04266-JST<br>Hon. Jon S. Tigar<br>Mag. Laurel Beeler<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY and Defendants CHARTIS SPECIALTY INSURANCE COMPANY LEXINGTON INSURANCE COMPANY, VALLEY INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (successor by merger to TRANSCONTINENTAL INSURANCE COMPANY) and TRANSPORTATION INSURANCE COMPANY, through their designated counsel that the entire action is dismissed with prejudice pursuant to FRCP 41(a)(1).

///

///

///

All parties further stipulate to bear their own costs and fees.

Dated:  October 28, 2013                    **THE AGUILERA LAW GROUP, APLC**

*/s/ Scott La Salle*
Scott La Salle, Esq.
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated:  October 28, 2013                    **SELVIN WRAITH HALMAN LLP**

*/s/ Gary R. Selvin*
Gary R. Selvin, Esq.
Attorneys for Defendants CHARTIS SPECIALTY INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY

Dated:  October 28, 2013                    **ERICKSEN ARBUTHNOT**

*/s/ Andrew P. Sclar*
Andrew P. Sclar, Esq.
Attorneys for Defendant VALLEY INSURANCE COMPANY

Dated:  October 28, 2013                    **COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS**

*/s/ Robert C. Christensen*
Robert C. Christensen, Esq.
Attorneys for Defendants CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (successor by merger to TRANSCONTINENTAL INSURANCE COMPANY) and TRANSPORTATION INSURANCE COMPANY

## **ORDER**

Pursuant to stipulation of the Parties, and good cause existing therefore,

**IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice, with each party to bear their own costs and fees.

Dated: October 29, 2013

_____
Hon. Jon S. Tigar
Judge of the District Court